170 A.3d 941

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT,
v. MARK MELVIN, DEFENDANT–CROSS–PETITIONER.

September 22, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–003003–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.

170 A.3d 941

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

September 22, 2017

ORDER

It is ORDERED that the motion of the Council of New Jersey State College Locals for leave to appear as amicus curiae is granted, limited solely to the brief that accompanied the motion. The parties may serve and file briefs in response on or before October 23, 2017.